FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 07, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DONNA COUTURIER, on behalf of herself and all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MIDLAND FUNDING, LLC, a foreign limited liability company,<br><br>Defendant. | No.   2:21-cv-00342-SMJ<br><br>**ORDER DISMISSING CASE** |

Before the Court is the parties' Stipulated Motion for Order of Dismissal with Prejudice, ECF No. 11.  Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

**1.** The parties' Stipulated Motion for Order of Dismissal with Prejudice, **ECF No. 11**, is **GRANTED**.

**2.** All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

**3.** All pending motions are **DENIED AS MOOT**.

**4.** All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

5.     The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 7th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2